United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOUGLAS TYRONE MAY | § | CIVIL ACTION NO. 4:24-CV-02161 |
| | § | |
| | § | BKR. CASE NO. 20-32321 |
| Appellant | § | |

### ORDER

Before the Court are United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on September 6, 2025 (Doc. #28), Appellant's Objections (Doc. #31), and Appellees' Response (Doc. #34). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Accordingly, the Bankruptcy Court's May 30, 2024, Memorandum Decision and Order denying Appellant Douglas Tyrone May's proof of claim against the Reorganized Debtors is AFFIRMED.

This is a FINAL JUDGMENT. The Clerk of Court is DIRECTED to close this case.

It is so ORDERED.

FEB 1 9 2026
Date

The Honorable Alfred H. Bennett
United States District Judge